SO ORDERED: November 20, 2008.

_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Larry Theodore Kottwitz Aka: Larry T Kottwitz<br>Debtor | BANKRUPTCY NO. 07-02622-FJO-13 |

### ORDER TERMINATING STAY AND ABANDONMENT
* * * * * * * *

    Motion to Terminate Automatic Stay having been filed, and the Court finding that the movant has an ownership interest in the collateral described in its Motion, the 2006 Dodge Ram 1500 Quad VIN: 1D7HU18226S705095 that the debtor has no equity therein, and that cause exists to terminate the §362 automatic stay, after due notice, and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that the stay afforded by 11 U.S.C. §362 be, and hereby is, immediately terminated notwithstanding

Y3E ()/07-09668-0

BR4001(a)(3) to permit DaimlerChrysler Fin. Servs. Amers. LLC sbmt DaimlerChrysler Servs. NA LLC to enforce its ownership interest in the collateral described above.

  IT IS FURTHER ORDERED that the trustee's interest in the collateral described above is hereby abandoned.

# # #

Y3E ()/07-09668-0

## DISTRIBUTION SHEET

cc:

Debtor

Larry Theodore Kottwitz Aka: Larry T Kottwitz
1408 North 250 East
Kokomo, Indiana  46901-3475


Counsel for Debtor

Steven P Taylor
Attorney at Law
6100 N Keystone Ave Ste 116
Indianapolis, IN 46220


Counsel for Creditor

Elizabeth Alphin
MAPOTHER & MAPOTHER, P.S.C.
801 West Jefferson Street
Louisville, KY  40202


Trustee

Robert A. Brothers
151 N. Delaware Street, Ste 1400
Indianapolis, IN  46204-2521

U.S. Trustee
Suite 1000, 101 W. Ohio
Indianapolis, IN  46204

Y3E ()/07-09668-0