UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| LARRY THEODORE KOTTWITZ | ) | CASE NO. 07-02622-FJO-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

Comes now Wells Fargo Bank, NA, (hereinafter referred to as "Wells Fargo"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1.      On March 29, 2007, the above-named Debtor(s) filed a petition pursuant to Chapter 13 of the Bankruptcy Code.

2.      Wells Fargo is the holder of a secured claim with an outstanding principal balance of $146,881.03.  Said claim is secured by the real property located at 1408 N 250 E, Kokomo, IN 46901-3475, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A".

3.      The above-described mortgage was given to secure a promissory note dated August 31, 2005, made payable to Central Bank of Jefferson County, Inc. in the original principal sum of $153,000.00.  A copy of the above-described note is attached hereto and incorporated herein as Exhibit "B".

4.      Wells Fargo is the current holder of the promissory note and mortgage and is evidenced by the chain of assignments attached hereto and incorporated as Exhibit "C".

5.      The interest of Wells Fargo has not been adequately protected by Debtor(s) Chapter 13 Plan which proposes payments of arrearages within the Plan and post-petition

mortgage payments to be made by Debtor(s) directly to Wells Fargo.

6.      The mortgage loan is due for April 1, 2009 through May 1, 2009 payments at the monthly mortgage amount of $1,103.90, and late charges of $49.62, and less a suspense balance of $383.92 for an arrearage in the sum of $1,873.50, together with attorney fees and costs.  The failure to make such payments allows no protection of the interests of Wells Fargo within the meaning of Section 362 of the Bankruptcy Code.

7.      The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the State to Wells Fargo within the meaning of §362 of the Bankruptcy Code.

8.      Wells Fargo prays that the court order the Trustee's abandonment of the subject real estate.

9.      Wells Fargo further moves that the court waive the 10 Day Stay imposed by B.R. 4001(a)3) in any Order entered herein.

WHEREFORE, Wells Fargo prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize Wells Fargo to foreclose its mortgage on the above-described property, order the Trustee's abandonment of the subject real estate and for all other relief as is just.

FEIWELL & HANNOY, P.C.

/S/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49
Attorney for Wells Fargo Bank, NA

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on May 18, 2009, to the following:

Steven P Taylor
Attorney at Law
6100 North Keystone Avenue  Suite 116
Indianapolis, IN 46220

Robert A. Brothers
Trustee
151 North Delaware Street  Suite 1400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

<u>/S/ RANDY C. EYSTER</u>
RANDY C. EYSTER, Attorney No.
22643-49

<u>**NOTICE**</u>

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE                                                              )
                                                                   )
LARRY THEODORE KOTTWITZ                                             )        CASE NO. 07-02622-FJO-13
                                                                   )
                                    Debtor(s)                      )
                                                                   )

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the attached Notice was sent, via either

first class. U.S. mail or electronic noticing, on May 18, 2009, to those creditors and interested

parties listed on the attached sheets.

Dated: May 18, 2009

FEIWELL & HANNOY, P.C.

/S/ RANDY C. EYSTER
RANDY C. EYSTER, Attorney No. 22643-49
Attorney for Wells Fargo Bank, NA

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE                                                    )
                                                         )
LARRY THEODORE KOTTWITZ                                   )     CASE NO. 07-02622-FJO-13
                                                         )
                    Debtor(s)                            )
                                                         )

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**


On May 18, 2009, Wells Fargo Bank, NA filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 1408 N 250 E, Kokomo, IN 46901-3475 and ask the Court to waive the 10 Day Stay imposed by B.R. 4001(a)(3) in any Order entered herein . The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

    Your rights may be affected.   You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within fifteen (15) days from the date this Notice is served, you or your attorney must:

1.  File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

                    46 E Ohio St
                    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2.  You must also mail a copy of your objection to:

                    RANDY C. EYSTER
                    FEIWELL & HANNOY, P.C.
                    251 N. Illinois Street, Suite 1700
                    Indianapolis, IN 46204-1944
                    (317) 237-2727

Steven P Taylor
Attorney at Law
6100 North Keystone Avenue  Suite 116
Indianapolis, IN 46220

Robert A. Brothers
Trustee
151 North Delaware Street  Suite 1400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204


    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: May 18, 2009

                                        FEIWELL & HANNOY, P.C.

                                      /S/ RANDY C. EYSTER
                                      RANDY C. EYSTER, Attorney No. 22643-49
                                      Attorney for Wells Fargo Bank, NA

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

Label Matrix for local noticing
0756-1
Case 07-02622-FJO-13
Southern District of Indiana
Indianapolis
Mon May 18 14:20:26 EDT 2009

IFC Credit Corporation
David Stone
8700 Waukegan Road
Suite 100
Morton Grove, IL 60053-2104

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Roundup Funding, LLC
2101 4th Ave, Suite 900
MS 675
Seattle, WA 98121-2339

eCAST FOB Wells Fargo
P.O. Box 7247-6971
Philadelphia, PA 19170-6971

American Health Network
2330 S Dixon
Kokomo, IN 46902-6411

Beverly Hynes
20 Brown Hill Road
Nashville, IN 47448-8308

Brown County Circuit Court
P O Box 85
Cause #: 07c01-0607-PL-0291
Nashville, IN 47448-0085

CCB Credit Services
5300 S 6th Street
Springfield, IL 62703-5184

Carpetland
GEMB
P O Box 981127
El Paso, TX 79998-1127

Chrysler Financial
P O Box 2993
Milwaukee, WI 53201-2993

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301-9816

DCFS Trust
c/o Shermeta, Adams & Von Allmen PC
P.O. Box 80908
Rochester Hills, MI 48308-0908

DaimlerChrysler Financial Services Americas,
Trustee Payment Dept 100301
PO Box 55000
Detroit, MI 48255-0001

Dr Ray Christine DDS
608 East Boulevard
Kokomo, IN 46902-2271

Ed Cox
P O Box 141
Nashville, IN 47448-0141

Encore Recvbl Mngment
P O Box 3330
Olathe, KS 66063-3330

GE Consumer Finance
For GE Money Bank
dba CARPETLAND/GEMB
PO Box 960061
Orlando FL 32896-0061

GE Consumer Finance
For GE Money Bank
dba PROJECTLINE/GEMB
PO Box 960061
Orlando FL 32896-0061

HSBC Bank
P O Box 272
Springfield, IL 62705-0272

IFC Credit Corp
8700 Waukegan Road
Suite 100
Morton Grove, IL 60053-2104

IFC Credit Corporation
c/o Thomas V. Askounis
Askounis & Borst, P.C.
333 N Michigan Ave, Ste 510
Chicago, IL 60601-3934

IMC
P O Box 20636
Indianapolis, IN 46220-0636

IU Anesthesiology Assoc
P O Box 6069
Dept 106
Indianapolis, IN 46206-6069

Indiana Technical Service
8443 E Co Road 1100 North
Seymour, IN 47274

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

James T Roberts, Esq.
P O Box 26
Nashville, IN 47448-0026

Jerry's Refrigeration
9225 North Old Haggard Road
Morgantown, IN 46160-9068

Project Line
GE Money Bank
P O Box 6150
Rapid City, SD 57709-6150

Randall Dermatology
124 Sagamore Parkway West
West Lafayette, IN 47906-1569

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba SAM'S CLUB BRC
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Recovery Management Systems Corporation
For YESSG I
As Assignee of HOUSEHOLD BANK
25 SE 2nd Avenue, Suite 1120
Miami FL 33131-1605

Roserock Inc
2262 West State Road 45
Nashville, IN 47448-8401

Russell, Mcintyre, Hilligoss
& Welke, LLP
115 North Main Street, Suite 200
Kokomo, IN 46901

Sam's Club
P O Box 981064
El Paso, TX 79998-1064

Shoppers Charge Account
P O Box 740933
Dallas,Tx 75374-0933

Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211-6424

Steven P Taylor
Law Office of Steven P Taylor
6100 North Keystone Avenue Suite 116
Indianapolis IN 46220-2425

Target
% Retailers Ntl Bank
P O Box 59231
Minneapolis, MN 55459-0231

Target National Bank
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA 981243978

The Law Office of
John P Frye, P.C
P O BOx 13665
Roanoke, VA 24036-3665

Transmission Builders FCU
2828 S Lafountain
P O Box 2828
Kokomo, IN 46904-2828

U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204-1982

Union Plus Credit Card
P O Box 80027
Salinas, CA 93912-0027

University Neurosurgical Assoc
545 Barnhill Drive
Suite 139
Indianapolis, IN 46202-5112

Wells Fargo Bank
P O Box 5169
Sioux Falls, SD 57117-5169

Wells Fargo Home Mortgage
P.O.Box 10335
Des Moines, IA 50306-0335

Wells Fargo Mortgage
P O Box 14411
Des Moines, IA 50306-3411

Wells Fargo Operation Center
7412 Jefferson Blvd NE
Albuquerque, NM 87109-4336

Yard Card
P O Box 731
Mahwah, NJ 07430-0731

Beverly K. Hynes
20 Brown Hill Road
Nashville, IN 47448-8308

Larry Theodore Kottwitz
1408 North 250 East
Kokomo, IN 46901-3475

Robert A Brothers
151 N Delaware St Ste 1400
Indianapolis, IN 46204-2521

Steven P Taylor
Law Office of Steven P. Taylor
6100 N Keystone Ave Ste 116
Indianapolis, IN 46220-2425

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P O Box 21126
Stop N781
Philadelphia, PA  19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)DaimlerChrysler Fin. Servs. Amers. LLC          (u)Wells Fargo Bank, NA                    End of Label Matrix
                                                                                             Mailable recipients   54
                                                                                             Bypassed recipients    2
                                                                                             Total                 56