**SO ORDERED: June 09, 2009.**

_Frank J. Otte_

**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| LARRY THEODORE KOTTWITZ | ) | CASE NO. 07-02622-FJO-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of Wells Fargo Bank, NA, (hereinafter referred to as "Wells Fargo"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) herein failed to make payments pursuant to a proposed Chapter 13 Plan, being in material default and failing to adequately protect movant's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon

Real Estate filed by Wells Fargo Bank, NA be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the

subject real estate located in Howard County, Indiana:

SEE LEGAL DESCRIPTION ATTACHED

More commonly known as 1408 N 250 E, Kokomo, IN 46901-3475

ORDERED AND ADJUDGED:  That the automatic stay as it relates to the property

commonly known as 1408 N 250 E, Kokomo, IN 46901-3475 is vacated.

ORDERED AND ADJUDGED: That the 10 Day Stay of this Order imposed by B.R.

4001(a)(3) is hereby waived.


###

RANDY C. EYSTER
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

DISTRIBUTION:

Steven P Taylor
Attorney at Law
6100 North Keystone Avenue  Suite 116
Indianapolis, IN 46220

Robert A. Brothers
Trustee
151 North Delaware Street  Suite 1400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Exhibit A

### TRACT 1

PART OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 24 NORTH, RANGE 4 EAST, HOWARD TOWNSHIP, HOWARD COUNTY, INDIANA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE HALF SECTION LINE 420.75 FEET SOUTH OF THE CENTER OF SAID SECTION 28; THENCE EAST 221.6 FEET; THENCE SOUTH 196.4 FEET; THENCE WEST 221.6 FEET THENCE NORTH 196.4 FEET TO THE POINT OF BEGINNING CONTAINING 1 ACRE MORE OR LESS.

### TRACT II

PART OF THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 24 NORTH, RANGE 4 EAST, HOWARD TOWNSHIP, HOWARD COUNTY, INDIANA, DESCRIBED AS FOLLOWS, TO-WIT:

BEGINNING AT A POINT ON THE QUARTER SECTION LINE 617.15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID QUARTER SECTION; THENCE SOUTH ON AND ALONG THE QUARTER SECTION LINE 78.5 FEET; THENCE SOUTH 89°7'38" EAST 499.7 FEET; THENCE NORTH 78.5 FEET; THENCE NORTH 89°7'38" WEST 499.7 FEET TO THE POINT OF BEGINNING, CONTAINING 0.90 ACRES, MORE OR LESS.

### TRACT III

PART OF THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 24 NORTH, RANGE 4 EAST HOWARD TOWNSHIP HOWARD COUNTY, INDIANA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT SOUTH 00°00'00" EAST 420.75 FEET AND NORTH 90°00'00" EAST 221.6 FEET FROM THE NORTHWEST CORNER OF SAID SOUTHEAST QUARTER SAID BEGINNING POINT MARKED BY A 5/8" CAPPED REBAR SET; THENCE SOUTH 00°00'00" EAST 190.7 FEET TO A 5/8" CAPPED REBAR SET THENCE NORTH 99°54'06" EAST 277.1 FEET (F.M. SOUTH 89°08'11" EAST 277.1 FEET; TO A 5/8" IRON PIN FOUND BY AN EXISTINGFENCE POST; THENCE NORTH 00°08'40" EAST 194.05 FEET TO A 5/8" CAPPED REBAR SET; THENCE SOUTH 90°00'00" WEST 278.27 FEET TO THE POINT OF BEGINNING, CONTAINING 1.23 ACRES MORE OR LESS.

EXCEPTING

PART OF THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 24 NORTH, RANGE 4 EAST HOWARD TOWNSHIP HOWARD COUNTY, INDIANA MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT 00°00'00" EAST 681.94 FEET FROM THE NORTHWEST CORNER OF SAID SOUTHEAST QUARTER MARKED BY A PK NAIL THENCE SOUTH 89°19'20" EAST 499.67 FEET TO A 5/8" CAPPED REBAR SET ON AN EXISTING FENCE LINE THENCE SOUTH 00°00'00" WEST 15.41 FEET THENCE NORTH 89°07'38" WEST 499.70 FEET TO A PK NAIL SET ON THE WEST LINE OF SAID SOUTHEAST QUARTER THENCE NORTH 00°00'00" EAST 13.71 FEET ALONG SAID WESTY LINE TO THE POINT OF BEGINNING, CONTAINING 0.17 OF AN ACRE MORE OR LESS.