## United States Bankruptcy Court
### Southern District of Indiana

In re  **Larry Theodore Kottwitz**　　　　　　　　　　　　　　Case No.  **07-02622**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter   **13**

# MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes now the Debtor, by counsel, and in support of his Motion would state the following:

1. Debtor has failed to tender 2008 and 2009 tax refunds to the Chapter 13 Bankruptcy estate due to a change in income and unforeseen expenses.

2. Debtor proposes to cure the arrears by Modification of the Plan to recoup said funds.

Wherefore, the Debtor proposes and prays the Court allow the modification of the plan as follows:

...

**3. PAYMENT AND LENGTH OF PLAN:** Debtor has paid $12884.30 as of January 6, 2011.  Commencing January 17, 2011 Debtor shall pay  **$330.00 Monthly  for 21  months**   to the Chapter 13 trustee  and one (1) lump sum payment of $1316.72 by September 30, 2012 for a total plan life of  approximately  **60**   months, for a total amount of $ **21,131.02** .  Additional payments to the trustee:   **None.**  .

...

**15. MISCELLANEOUS PROVISIONS:**

**1. Debtor shall not emit 1/2 of his federal tax refund during the plan life commencing with the 2010 tax year.**

 Date:   **January  6, 2011**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Steven P. Taylor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Steven P. Taylor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Debtor's Attorney**