SO ORDERED: February 08, 2011.



_____
**Frank J. Otte
United States Bankruptcy Judge**


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LARRY THEODORE KOTTWITZ, | ) | CASE NO. 07-02622-FJO-13 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO MODIFY**

Comes now the debtor herein, by counsel, and having filed a post-confirmation amended plan on January 7th, 2011 (more appropriately deemed to be a Motion To Modify Plan pursuant to §1329), which Motion reads in the words and figures as follows, to-wit:

And the Court, having extended notice and no objections to said Motion having been filed, now finds that said Motion should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the debtor's §1329 Motion To Modify Plan After Confirmation shall be granted.

IT IS FURTHER ORDERED that the debtor shall pay the trustee as follows: Total amount paid in of $12,884.30 for the period of 10/17/07 through 12/17/10 (39 months); thereafter, commencing 1/17/11, $330.00 per month for 21 months ($6,930.00); finally, debtor shall pay a lump sum payment of $1,316.72 to trustee by September 30th, 2012, creating a total 60 month plan base of $21,131.02.

1

2

# # #